Please file and return copy, Indigent in Poverty, **Double Sided**

FILED

In The United States District Court of
Northern District Of Ohio
Eastern Division

2017 DEC 21 PM 2:58
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Robert Maslin, et. al.,
 petitioner(s),
 -vs-
Ohio Adult Parole Board
at Grafton Correctional Inst-
itution amended to REOPEN
Federal Habeas Corpus Case
no.'s 90 CV 504, 3:95 CV-
7101, 2:94 CV 1198, but
not limited to

Case no. 3:17 CV 2675

Petition under 28 USC
2254, Civil Rule 60(d)
(1) to free the body
from illegal confine-
ment and false impris-
onment that is factually
innocent, but not limited

MAG. JUDGE LIMBERT

JUDGE PEARSON

I. Jurisdiction

1. 28 USC 2254, Civil Rule 60(d)(1), Venue proper in N.D. Ohio for Reopening Habeas Petitions in S.D. Ohio case no. 3:95 CV 7101, 2:94 CV 1198, but not limited to.

2. Counsel appointment to free the body, needed discovery and habeas hearing, Consolidation Civ. R. 42(a) needed.

II. Facts

3. December 18, 2017 at Grafton Correction Institut-

3. 1 on a 'separate hearing' was held. The hearing officer speaking for petitioner, who is ADA hearing afflicted stated

A. Martin's prior cases, in part, 3:95CV7101, 2:94CV1198, 3:15CV1825 "Notice for Equitable Estoppel... Judicial Admissions, Estoppel, pages 1-8 and Add. #1-#4 and 2:14-CV00235 would not be heard proving Martin's "factual innocence" of any 'technical parole violations', heard 12.5.85 and 3.5.86

B. The hearing officer stated Martin's remedy was in the Courts. However, the Court's refuse to entertain Martin's innocence even lacking a mandatory written statement of reasons and evidence relied on to revoke parole.

C. In 1985 the guideline matrix held a technical parole violation mandated only 5 yrs. Martin has been illegally imprisoned for 23 yrs w/o due process. The APA and federal and state court's refuse to correct factual innocence and lack of a written statement of reasons and evidence relied on.

(2)

Remedy

Due Process Mandate a written statement of reasons and evidence relied on at 12.5.85 and 3.5.86 revocation hearings be presented that must contain signatures for hearing officer, A.P.A prosecutor, Public Defender. Martin did, in fact sign therefore w/o a copy for him.

It appears a spoliation of evidence, equitable estoppel, judicial estoppel, admissions, false imprisonment, biased factfinder is present warranting granting of writ and $40,000 per year for false imprisonment plus 10% prejudgment interest, but not limited to.

Under evidence rule 201 see Rhodes v. Wainright (D.C. 1974), 378 Fed Supp. 329, 330 (no written statement to revoke parole warranted grant of habeas corpus); Lawerance v. Smith (D.C.N.Y. 1978), 451 F. Supp 179; Morrissey v. Brewer (1972), 92 S.Ct. 2953, 2602-04 (same); State ex rel. Johnson v. Ohio Parole Board (Ohio 1997), 684 N.E.2d 1227 (defective parole revocation hearings proper in habeas).

(3)

See Hunter v. Disabato (D.C.N.J. 2001), 140 F. Supp. 2d 353, 383 (400% beyond guideline range grounds to grant writ).

Petitioner's matrix guidelines in 1985-1986 had a maximum of 5 yrs for revocation for technical parole violations.

## II. Prejudicial Plain Error

At the 12-18-17 hearing Martin asked over H.B. 86 relief. The hearing P.B. stated this was not an issue. WRONG!

Kinney v. Mohr (S.D.Oh. 2015), 2015 U.S. Dist. LEXIS 32007, Id. at par. 2 & 3 H.B. 86 requires the DRC/APA to thouroghly review all parole elegibility inmates 65 yrs or older who have had a parole hearing. Upon review the Ohio General Assembly is to be contacted why 65 yrs and older inmates had not been paroled. In Kinney the plg was denied parole based on inaccurate evidence. Id. at par # 11 & 12.

Martin per H.B. 86 is entitled to release. He is 75 yrs of age and ADA certified.

(4)

Conclusion

A mandatory liberal reading, a neutral and unbiased judge, and mandates to apply the law in an unbiased manner granting the writ freeing Martin from false imprisonment.

Any additional neutrality is prayed for not gainsaid to date.

Respectfully,
Robert Martin #138186
2500 S. Avon Belden Rd.
Grafton, Ohio 44044

Mailed 12-18-14 to Clerk of Court N.D. Ohio,

R. Martin #138186