PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT MARTIN, | ) |
| | ) CASE NO. 3:17CV2675 |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| OHIO ADULT PAROLE BOARD, | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Respondent. | ) **ORDER** |

**I.**

Petitioner Robert Martin, an Ohio prisoner proceeding *pro se*, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. To the extent the Petition is comprehensible, Petitioner challenges the decision of the Ohio Adult Parole Authority to deny him parole after his parole was revoked in 1985. *See id*.

**II.**

Promptly after the filing of a petition for a *writ of habeas corpus*, the Court must undertake a preliminary review of the petition to determine whether "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court." Rule 4 of the Rules Governing § 2254 Cases; *see also* 28 U.S.C. § 2243. If so, the petition must be summarily dismissed. *See Allen v. Perini*, 424 F.2d 134, 141 (6th Cir.1970) (the district court has a duty to "screen out" *habeas corpus* petitions that lack merit on their face). A dismissal under Rule 4 is appropriate for petitions that raise legally frivolous

(3:17CV2675)

claims as well as those containing factual allegations that are palpably incredible or false. *Carson v. Burke*, 178 F.3d 434, 436 37 (6th Cir. 1999).

### III.

Upon review, the Court finds that the Petition (ECF No. 1) is frivolous and must be dismissed.

Under the Constitution, there is no right to parole or early release. *Greenholtz v. Neb. Penal Inmates & Corr. Complex*, 442 U.S. 1, 11, 99 S. Ct. 2100, 2106, 60 L.Ed.2d 668 (1979). Furthermore, the Sixth Circuit has already found Petitioner barred from challenging a prior denial of parole following his 1985 parole revocation. *See Martin v. Ohio Adult Parole Auth.*, Case No. 16-4710 (6th Cir. Apr. 6, 2017).

### IV.

Accordingly, the Petition (ECF No. 1) is denied and this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

 April 23, 2018  /s/ Benita Y. Pearson
Date    Benita Y. Pearson
    United States District Judge